**Electronically Filed
Supreme Court
SCOT-20-0000092
23-JUN-2020
01:53 PM**

SCOT-20-0000092

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

NICHOLAS L. ABEL,
Plaintiff,

vs.

KAUAʻI POLICE DEPARTMENT; WILCOX MEMORIAL HOSPITAL; DR. ROBERT
WOTRING II; DR. WILLIAM M. DOWNS; DR. WILLIE L. NUNEZ;
OFFICIAL & INSURED; and COUNTY OF KAUAʻI, Defendants.

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon review of the document received by the appellate clerk's office from plaintiff Nicholas L. Abel, which was filed as a complaint on February 24, 2020, it appears that this court lacks jurisdiction to consider the complaint.  See HRS § 602-5. Therefore,

IT IS HEREBY ORDERED that the complaint is dismissed.

IT IS HEREBY FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, June 23, 2020.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

